JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EDWIN FIGUEROA,

    Plaintiff,

v.

TOYS 'R' US - DELAWARE, INC. dba TOYS 'R' US #5654; KIR MONTEBELLO, LP,

    Defendants.

Case No. 2:12-cv-07536-DMG-AJW

ORDER RE: DISMISSAL [22]

    Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Edwin Figueroa and defendant KIR Montebello, LP,

    IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated:   June 25, 2013

                                      DOLLY M. GEE
                                      UNITED STATES DISTRICT JUDGE